UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RANDY CHAMBERS,

        Plaintiff,

v.   Case No. 3:11-cv-733-J-34JBT

RESOLVE COLLECTION
CORPORATION,

        Defendant.
_____/

## O R D E R

**THIS MATTER** comes before the Court on the Notice of Settlement (Dkt. No. 27; Notice) filed on May 10, 2012. In the Notice, Plaintiff advises the Court that the parties have reached a settlement in this matter. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **July 13, 2012**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **July 13, 2012**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The final pretrial conference scheduled for February 19, 2013, is cancelled, and this case is removed from the March 2013, trial term.

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida, this 14th day of May, 2012.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record