**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RANDY CHAMBERS,

        Plaintiff,

v.    Case No. 3:11-cv-733-J-34JBT

RESOLVE COLLECTION
CORPORATION,

        Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Voluntary Dismissal With Prejudice (Dkt. No. 29; Stipulation) filed on July 13, 2012. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear its own attorney's fees and costs.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 25th day of July, 2012.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record