**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CERTIFIED ENVIRONMENTAL
SERVICES, INC., d/b/a Metro-Rooter,
a Florida corporation,

      Plaintiff,

v.             Case No. 3:12-cv-228-J-34JRK

GENERAL WIRE SPRING COMPANY,
d/b/a General Pipe Cleaner, a
Pennsylvania corporation, et al.,

      Defendants.
_____/

**O R D E R**

  **THIS CAUSE** is before the Court sua sponte. On May 14, 2012, this Court entered a Case Management and Scheduling Order and Referral to Mediation (Dkt. No. 15; CMSO). In the CMSO, the parties were directed to file a notice by July 10, 2012, advising the Court of the mediator they selected and the date of the mediation. See CMSO at 5. Upon review of the Court docket, it appears that the parties failed to file the notice as directed. Accordingly, it is **ORDERED**:

  On or before **August 6, 2012**, the parties shall file a notice with the Court indicating the name, address and telephone number of the mediator they selected and the date of the mediation.

**DONE AND ORDERED** in Jacksonville, Florida, this 25th day of July, 2012.

MARCIA MORALES HOWARD
United States District Judge

em

Copies to:

Counsel of Record